PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF TEXAS    EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Richard L. Moore
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (903) 590-1400

Name of Asst. U.S. Attorney (if assigned): Richard L. Moore

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA Task Force Officer Floyd Wingo

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
6:07MJ97

Place of offense: Gregg County

CASE NO. 6:07CR

USA vs.
Defendant: Jose Luis Romero Morales

Address: Smith County Jail
Tyler, Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 11 2007
DAVID J. MALAND, CLERK
DEPUTY

☐ Interpreter Required  Dialect: _____

Birth Date: 3/7/1981    ☑ Male  ☐ Female    ☑ Alien (if applicable)

Social Security Number _____

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Matt Flanery
☐ FPD  ☑ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | Title 21, USC 846 | Conspiracy to poss. w/intent to dist. methamphetamine | 1 |
| | | | |
| | | | |
| | | | |